# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Sheldons', Inc. | ) | Case No. 1:19-cv-02886 |
| | ) | |
| v. | ) | Judge: Hon. Rebecca R. Pallmeyer |
| | ) | |
| THE PARTNERSHIPS and | ) | Magistrate: Hon. Susan E. Cox |
| UNINCORPORATED ASSOCIATIONS | ) | |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name |
|---|---|
| 117 | yomizu9 |

dismisses them from the suit without prejudice.

Dated this 1st Day of March 2020.          Respectfully submitted,

                                           By:     s/David Gulbransen/
                                                      David Gulbransen
                                                      Attorney of Record
                                                      Counsel for Plaintiff

                                                      David Gulbransen (#6296646)
                                                      Law Office of David Gulbransen
                                                      805 Lake Street, Suite 172
                                                      Oak Park, IL 60302
                                                      (312) 361-0825 p.
                                                      (312) 873-4377 f.
                                                      david@gulbransenlaw.com